IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

KENNETH KITTRELL,

    Petitioner,

v.                             Civil Action No. 3:18CV641–HEH

E. RICHARD,

    Respondent.

## MEMORANDUM OPINION
(Dismissing 28 U.S.C § 2241 Petition Without Prejudice)

Petitioner, proceeding *pro se*, submitted a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. By Memorandum Order entered on October 5, 2018, the Court directed Petitioner, within fifteen (15) days of the date of entry thereof, to complete and return the standardized form for filing a § 2241 petition as required by Eastern District of Virginia Local Civil Rule 83.4(A). The Court warned Petitioner that the failure to comply with the above directive would result in the dismissal of the action without prejudice. *See* Fed. R. Civ. P. 41(b).

More than fifteen (15) days have passed and Petitioner has not responded to October 5, 2018 Memorandum Order. Accordingly, the petition will be dismissed without prejudice.

An appropriate Order shall issue.

                                                /s/
                                     Henry E. Hudson
Date: Nov. 8, 2018           Senior United States District Judge
Richmond, Virginia